IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENJAMIN WILLIAMS and ASHLEY WILLIAMS, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. |
| v. | ) ) |
| ARTHUR GLANDER and PEPSICO, INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendants Arthur Glander and PepsiCo, Inc. file this Notice of Removal of this case from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas at Kansas City, Kansas.

Pursuant to 28 U.S.C. §1446(a) the grounds for removal are as follows:

1. On July 5, 2018 Plaintiffs filed their Petition in the District Court of Wyandotte County, Kansas.

2. Defendant Glander was served on August 16, 2018 and Defendant PepsiCo was served on or about August 7, 2018. Therefore, this Removal is within 30 days of the date of the earliest service upon any Defendant.

3. Plaintiffs are residences of Kansas City, Missouri.

4. Defendant Glander is a resident of Springfield, OR.

5. PepsiCo is a corporation incorporated in the State of Delaware with its principal place of business in Purchase, NY.

6. Pursuant to 28 U.S.C. §1332(a)(1) the parties are citizens of different states.

1

{O0343769}

7. Pursuant to 28 U.S.C. §1332(a) the amount in controversy is in excess of $75,000 per Plaintiffs' Petition.

8. Pursuant to 28 U.S.C. §1446(a), Exhibit A contains copies of all process and pleadings served upon Defendants together with their Answer.

9. Pursuant to D. Kan. R. 81.2 a copy of the Court file from the District Court of Wyandotte County will be filed with the United States District Court within 21 days of the filing of this Removal.

10. Notice of the filing of this Notice of Removal has been served on Plaintiffs' counsel by email and mail with a copy filed with the Clerk of the District Court of Wyandotte County, Kansas attached as Exhibit B.

WHEREFORE, Defendants state that they have divested the state court of jurisdiction by filing with that court a Notice of Filing of this Notice of Removal, and request that this Court proceed with adjudication of this matter.

## DESIGNATION OF PLACE OF TRIAL

Defendants hereby designate Kansas City, Kansas as the place of trial.

## DEMAND FOR A JURY TRIAL

Defendants hereby demand a trial by jury on all issues so triable in this matter.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEY FOR DEFENDANTS

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of August, 2018, the foregoing was filed electronically with the Clerk of the District Court, and a service copy was sent via e-mail on the following:

James M. Roswold, Bar No. 16468
Michael J. Albani, Bar No. 26740
Kansas City Accident Injury Attorneys
1150 Grand Ave., Suite 400
Kansas City, MO 64106
816-471-5111/F; 816-359-3163
james@kcaccidentattorneys.com
michael@kcaccidentattorneys.com
Attorney for Plaintiff

                /s/ Michael K. Seck
                Michael K. Seck, #11393