# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | |
|---|---|
| BENJAMIN WILLIAMS and ASHLEY WILLIAMS, ) ) ) Plaintiffs, ) ) v. ) ) ARTHUR GLANDER and PEPSICO, INC., ) ) ) Defendants. ) | Case No. 2018-CV-000572 |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants filed their Notice of Removal in the United States District Court for the District of Kansas, thus effecting removal of this case to that Court in accordance with 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the District of Kansas, together with the filing of that Notice with the Clerk of this Court, effects the removal of the above-captioned case to the United States District Court, and this Court may proceed no further unless and until this case is remanded.

PLEASE TAKE FURTHER NOTICE that the Clerk of this Court is requested to promptly deliver to the Clerk of the United States District Court for the District of Kansas all papers now in the Court's original file.

{O0343768}

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2018, the foregoing was filed electronically with the Clerk of the District Court, and a service copy was sent via e-mail on the following:

James M. Roswold, Bar No. 16468
Michael J. Albani, Bar No. 26740
Kansas City Accident Injury Attorneys
1150 Grand Ave., Suite 400
Kansas City, MO 64106
816-471-5111/F; 816-359-3163
james@kcaccidentattorneys.com
michael@kcaccidentattorneys.com
Attorney for Plaintiff

/s/ Michael K. Seck
Michael K. Seck, #11393

{O0343768}