ELECTRONICALLY FILED
2018 Jul 05 PM 1:58
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000572

# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | |
|---|---|
| BENAMIN WILLIAMS ) | |
| 10828 Fuller Ave. ) | |
| Kansas City, MO 64134 ) | |
| ) | |
| And ) | |
| ) | |
| ASHLEY WILLIAMS ) | Case No.: |
| 10828 Fuller Ave. ) | Division : |
| Kansas City, MO 64134 ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ARTHUR GLANDER ) | Pursuant to K.S.A. Chapter 60 |
| 1069 55TH Place ) | |
| Springfield, Oregon 97478 ) | |
| ) | |
| And ) | |
| ) | |
| PEPSICO, INC. ) | |
| 700 Anderson Hill Road ) | |
| Purchase, NY 10577 ) | |
| SERVE: REGISTERED AGENT: ) | |
| CT Corporation System ) | |
| 120 South Central Ave. ) | |
| Clayton, MO 63105 ) | |
| ) | |
| Defendants. ) | |

### PETITION FOR DAMAGES

COME NOW Plaintiffs Benjamin Williams and Ashley Williams and for their Petition for Damages against defendants allege and state:

### ALLEGATIONS COMMON TO BOTH COUNTS

1. At the time of the motor vehicle collision mentioned herein, plaintiffs were residents of the State of Kansas, but currently are residents of the State of Missouri, residing at 10828 Fuller

Ave., Kansas City, Missouri 64134. Plaintiffs are, and at all times relevant herein, were husband and wife.

2. Defendant Glander is a resident of the State of Oregon and may be served at his residence located at 1069 55th Place, Springfield, Lane County, Oregon 97478.

3. At all times relevant herein, Defendant Glander was an employee of Defendant PepsiCo, Inc. and was acting in the course and scope of his employment.

4. Defendant PepsiCo, Inc. is a foreign corporation licensed to do business in the State of Kansas. It may be served by serving its registered agent, The Corporation Company, Inc., 515 South Kansas Ave., Topeka, KS 66603.

5. Jurisdiction and venue are proper in this district in that the incident giving rise to this Petition occurred in Wyandotte County, Kansas.

6. On or about July 6, 2016, Plaintiff Benjamin Williams was operating his vehicle northbound on Interstate 635; he took the exit ramp towards the intersection with Metropolitan Avenue in Kansas City, Wyandotte County, Kansas, and proceeded through the intersection on a green light. At the same time Defendant Glander, while in the course and scope of his employment with PepsiCo, Inc., was operating his vehicle eastbound on Metropolitan Avenue toward the intersection with the Interstate 635 exit ramp, and carelessly, recklessly and negligently entered the intersection on a red light, violently colliding with Plaintiff Benjamin Williams's vehicle.

7. Defendant Glander was negligent and careless in causing the violent collision in the following respects:

       a. by failing to keep a proper lookout;

       b. by failing to keep proper control of his vehicle;

       c. by failing to stop, slow or swerve so as to avoid colliding with plaintiff;

      d.    by driving too fast for the conditions there and then present;

      e.    by failing to obey the red traffic signal in violation of Wyandotte County/Unified Government Chapter 35, Art. II, §35-102(a)(3); and

      f.    by failing to conform his driving with the degree of care required.

## **COUNT I**

COMES NOW Plaintiff Benjamin Williams, and for his Petition for Damages against defendants, alleges and states:

8. Plaintiff Benjamin Williams incorporates by reference the allegations contained in paragraphs 1-7.

9. As a direct and proximate result of the negligent acts and omissions on the part of Defendant Glander, Plaintiff Benjamin Williams sustained injuries to his person; he has suffered and will in the future suffer great bodily pain, shock, loss of sleep and rest, mental worry, embarrassment, anguish, depression, anxiety and nervousness; he has incurred hospital and medical expenses, and he will in the future incur additional expenses for the treatment and care of his injuries; his ability to work and labor has been impaired; and he has suffered and will in the future suffer a loss of wages and income.

10. Defendant Pepsico, Inc. is vicariously liable for the injuries and damages sustained by Plaintiff Benjamin Williams because they were caused by the negligent acts of its employee, Defendant Glander, while Defendant Glander was acting in the course and scope of his employment.

11. Plaintiff Benjamin Williams suffered injuries and sustained damages in excess of Seventy-five Thousand Dollars ($75,000.00).

WHEREFORE, Plaintiff Benjamin Williams prays judgment against Defendants Arthur Glander and PepsiCo, Inc, and both of them, in an amount in excess of Seventy-five Thousand Dollars ($75,000.00) such as will fairly and reasonably compensate him for the damages he has sustained, for his costs incurred herein, and for such further relief as the Court deems appropriate under the circumstances of this case.

## COUNT II

COMES NOW Plaintiff Ashely Williams, and for her Petition for Damages against defendants, alleges and states:

11. Plaintiff Ashely Williams incorporates by reference the allegations contained in paragraphs 1-11.

12. At all times mentioned herein plaintiffs were lawfully wedded husband and wife, and had resided together as husband and wife for many years prior to the injuries to Plaintiff Benjamin Williams caused by Defendant Glander's negligence. Plaintiffs continue to live together as husband and wife since the injuries to Plaintiff Benjamin Williams.

13. As the direct and proximate result of the injuries caused to her husband by Defendant Glander's negligence, Plaintiff Ashley Williams has been deprived of, and will in the future be deprived of, the services, companionship, society, aid and comfort of her husband, she has suffered a loss of consortium with her husband, and every relationship between them has been materially impaired.

14. Defendant Pepsico, Inc. is vicariously liable for the damages sustained by Plaintiff Ashley Williams because they were caused by the negligent acts of its employee, Defendant Glander, while Defendant Glander was acting in the course and scope of his employment.

15. Plaintiff Ashley Williams has sustained damages in excess of Seventy-five Thousand Dollars ($75,000.00).

WHEREFORE, Plaintiff Ashley Williams prays judgment against Defendants Arthur Glander and PepsiCo, Inc., and both of them, in an amount in excess of Seventy-five Thousand Dollars ($75,000.00) such as will fairly and reasonably compensate her for the damages she has sustained, for her costs incurred herein, and for such further relief as the Court deems appropriate under the circumstances of this case.

KANSAS CITY ACCIDENT INJURY ATTORNEYS

By: /s/ James M. Roswold
James M. Roswold, KS Bar No. 16468
Michael J. Albani, KS Bar No. 26740
1150 Grand Avenue, Suite 400
Kansas City MO 64106
(816) 471-5111 - Telephone
(816) 359-3163 - Facsimile
james@kcaccidentattorneys.com
michael@kcaccidentattorneys.com
ATTORNEYS FOR PLAINTIFFS

### DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, by and through his attorneys of record, and hereby demand a trial by jury of this action.

/s/ James M. Roswold
James M. Roswold

ELECTRONICALLY FILED
2018 Jul 24 PM 2:00
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000572

<u>Benjamin Williams, et al. et. al.</u>

vs.

<u>Arthur Glander, et al. et. al.</u>

**SUMMONS**

To the above-named Defendant/Respondent:

**Arthur Glander**
**1069 55th Pl**
**Springfield, OR  97478**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

James Michael Roswold
1102 Grand
Suite 1901
Kansas City, MO 64106

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 07/24/2018 03:01:09 PM

**Documents to be served with the Summons:**
Petition for Damages

**ELECTRONICALLY FILED**
2018 Jul 24 PM 2:00
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000572

Benjamin Williams, et al. et. al.

vs.

Arthur Glander, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Pepsico Inc**
**700 Anderson Hill**
**Purchase, NY  97478**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

James Michael Roswold
1102 Grand
Suite 1901
Kansas City, MO 64106

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 07/24/2018 03:01:09 PM

**Documents to be served with the Summons:**

Petition for Damages

ELECTRONICALLY FILED
2018 Aug 21 PM 1:49
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000572

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

| | |
|---|---|
| BENJAMIN WILLIAMS and ASHLEY WILLIAMS, </br></br>    Plaintiffs, </br></br>v. </br></br>ARTHUR GLANDER and PEPSICO, INC., </br></br>    Defendants. | Case No. 2018-CV-000572 |

## ANSWER

COMES NOW the Defendants Arthur Glander and, erroneously named, PepsiCo., Inc. and for their answer to Plaintiffs' Petition states and alleges as follows:

1) Defendants are without sufficient knowledge or information to admit or deny the allegations in Paragraph 1 and for this reason alone they are denied.

2) Paragraph 2 is admitted.

3) Paragraph 3 is denied. Defendant Glander does admit that at the time of the accident he was acting in the course and scope of his employment with Frito-Lay, Inc.

4) Paragraph 4 is admitted but denies there is a cause of action against PepsiCo.

5) Paragraph 5 is admitted but denies there is a cause of action against PepsiCo.

6) With regard to Paragraph 6, the Defendants are without sufficient knowledge or information to admit or deny the allegations concerning Plaintiff Williams operation of his vehicle. All other allegations are denied.

7) Paragraph 7 is denied.

8) With regard to Paragraph 8, the Defendants incorporate by reference their admissions and denials to Paragraphs 1-7 as if fully set forth herein.

{O0343766}

9) Paragraph 9 is denied.

10) Paragraph 10 is denied.

11) Paragraph 11 is denied.

12) With regard to the second Paragraph 11, the Defendants incorporate by reference their admissions and denials to Paragraphs 1-11 as if fully set forth herein.

13) The Defendants are without sufficient knowledge or information to admit or deny the allegations in Paragraph 12 and for this reason alone they are denied.

14) Paragraph 13 is denied.

15) Paragraph 14 is denied.

16) Paragraph 15 is denied.

17) Further answering, the Defendants allege that each and every allegation not specifically admitted herein is denied.

18) Further answering, the Defendants allege that Plaintiffs fail to state a claim upon which relief may be granted.

19) Further answering, the Defendants allege the comparative fault of Plaintiff Benjamin Williams [incorrectly spelled in the caption] and/or others whose fault should be compared pursuant to K.S.A. §60-258a.

20) Further answering, these Defendants allege that Defendant PepsiCo, Inc. is not a proper party to this action.

21) Further answering, these Defendants allege that Plaintiffs' injuries, if any, are limited by statute including but not limited to K.S.A. §60-19(a)(02).

22) Further answering, these Defendants deny that Plaintiffs' injuries, if any, were proximately caused by this accident and/or the negligence of Defendants.

23) Further answering, these Defendants allege that some or all of Plaintiffs' claims are barred by the applicable statute of limitations.

24) Further answering, these Defendants allege that Plaintiffs have failed to mitigate their damages.

25) Further answering, these Defendants reserve the right to assert any additional defenses revealed during the course of discovery.

WHEREFORE, having fully answered Plaintiffs' Petition, the Defendants pray that Plaintiffs take nothing by their action, for their costs and for such other and further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Defendants demand a trial by jury on all issues and claims asserted in Plaintiffs' Petition.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

 /s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEY FOR DEFENDANTS

{O0343766}

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of August, 2018, the foregoing was filed electronically with the Clerk of the District Court, and a service copy was sent via e-mail on the following:

James M. Roswold, Bar No. 16468
Michael J. Albani, Bar No. 26740
Kansas City Accident Injury Attorneys
1150 Grand Ave., Suite 400
Kansas City, MO 64106
816-471-5111/F; 816-359-3163
james@kcaccidentattorneys.com
michael@kcaccidentattorneys.com
Attorney for Plaintiff

                                              /s/ Michael K. Seck
                                            Michael K. Seck, #11393

ELECTRONICALLY FILED
2018 Aug 21 PM 1:49
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000572

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

| | |
|---|---|
| BENJAMIN WILLIAMS and ASHLEY WILLIAMS, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 2018-CV-000572 |
| v. | ) ) |
| ARTHUR GLANDER and PEPSICO, INC., | ) ) ) |
| Defendants. | ) |

## **ENTRY OF APPEARANCE**

COMES NOW, the undersigned Michael K. Seck of the law firm Fisher, Patterson Sayler & Smith, L.L.P. and enters his appearance on behalf of the Defendants Arthur Glander and PepsiCo, Inc. in the above-referenced matter.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

 /s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEY FOR DEFENDANTS

{O0343824}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August, 2018, the foregoing was filed electronically with the Clerk of the District Court, and a service copy was sent via e-mail on the following:

James M. Roswold, Bar No. 16468
Michael J. Albani, Bar No. 26740
Kansas City Accident Injury Attorneys
1150 Grand Ave., Suite 400
Kansas City, MO 64106
816-471-5111/F; 816-359-3163
james@kcaccidentattorneys.com
michael@kcaccidentattorneys.com
Attorney for Plaintiff

                                    /s/ Michael K. Seck
                                  Michael K. Seck, #11393